# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2020

Bridget M. McCormack,
Chief Justice

160213

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PHILIP CHARLES SWIFT,
      Defendant-Appellant.

_____/

SC: 160213
COA: 348612
Muskegon CC: 17-006190-FH;
17-006389-FC; 17-006390-FH

On order of the Court, the application for leave to appeal the July 15, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE defendant's sentence and REMAND this case to the Muskegon Circuit Court. Offense Variable 4 appears to have been scored based solely on the prosecutor's assertion. However, an attorney's statements are not evidence, *People v Ison*, 132 Mich App 61, 68 (1984), and offense variables must be scored based on a preponderance of the evidence, *People v Hardy*, 494 Mich 430, 438 (2013). Because a 10-point reduction for Offense Variable 4 would result in a lower sentencing range, defendant is entitled to resentencing. *People v Francisco*, 474 Mich 82 (2006).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2020



a0129

Clerk